UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: June 2, 2018

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff,<br><br>Vs.<br><br>Cesar DUARTE,<br>　　　Defendant.<br><br>YOB: 1997<br>U.S. Citizen | Magistrate's Case No. 18-1573 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 841(a)(1) and<br>(b)(1)(A)(viii), Possession of a<br>Controlled Substance with Intent<br>to Distribute (Felony)<br>Count One |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about June 2, 2018, near Wellton, Yuma County, Arizona, within the District of Arizona, the defendant, CESAR DUARTE, did knowingly or intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1) and (b)(1)(A)(viii) (Felony).

And the Complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Louis Uhl

Special Agent Toniann Venza
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, June 4, 2018 at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

Vs.

CESAR DUARTE

**STATEMENT OF FACTS**

I, Special Agent Toniann Venza, Drug Enforcement Administration, being duly sworn, declare the following:

On June 2, 2018, at approximately 1530 hours, Cesar DUARTE, a United States citizen, presented himself at the fixed United States Border Patrol immigration checkpoint located at mile marker 17 in the eastbound lanes of Interstate 8 between Yuma and Wellton, in Yuma County, Arizona, within the District of Arizona. He was the driver, sole occupant and registered owner of a 2012 Ford Fusion, bearing Arizona license plates CFG0843. A narcotics detection dog positively alerted to DUARTE's Fusion, indicating the presence of narcotics within his vehicle. The Canine Border Patrol Agent (BPA) referred DUARTE and his Fusion to the checkpoint's secondary inspection area for further inspection and examination.

In the secondary vehicle lot, Border Patrol Agents searched the Frod Fusion and discovered a total of 35 packages located in a non-factory compartment in the vehicle's rocker panels. The contents of one package was probed and a white crystal like substance was extracted and tested positive for the properties of methamphetamine. The total weight of all packages was 17.0 kilograms.

In a post-*Miranda* interview with Special Agents from the Drug Enforcement Administration (DEA), DUARTE admitted that he was aware that he was smuggling drugs, and that he was to be paid $2,000.00 upon successful delivery of his narcotics to the Phoenix, Arizona area.

_____
Special Agent Toniann Venza
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, June 4, 2018, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

vs.

Cesar DUARTE

**WEEKEND STATEMENT OF PROBABLE CAUSE**

I, Special Agent Toniann Venza, Drug Enforcement Administration, being duly sworn, declare the following:

On June 2, 2018, at approximately 1530 hours, Cesar DUARTE, a United States citizen, presented himself at the fixed United States Border Patrol immigration checkpoint located at mile marker 17 in the east-bound lanes of Interstate 8 between Yuma and Wellton, in Yuma County, Arizona, within the District of Arizona. He was the driver, sole occupant and registered owner of a 2012 Ford Fusion, bearing Arizona license plates CFG0843. A narcotics detection dog positively alerted to DUARTE's Fusion, indicating the presence of narcotics within his vehicle. The Canine Border Patrol Agent (BPA) referred DUARTE and his Fusion to the checkpoint's secondary inspection area for further inspection and examination.

In the secondary vehicle lot, Border Patrol Agents searched the Frod Fusion and discovered a total of 35 packages located in a non-factory compartment in the vehicle's rocker panels. The contents of one package was probed and a white crystal like substance was extracted and tested positive for the properties of methamphetamine. The total weight of all packages was 17.0 kilograms.

In a post-*Miranda* interview with Special Agents from the Drug Enforcement Administration (DEA), DUARTE admitted that he was aware that he was smuggling drugs, and that he was to be paid $2,000.00 upon successful delivery of his narcotics to the Phoenix, Arizona area.

Executed on: Saturday, June 2, 2018
Time: 8:20pm

Signed: _____
        Toniann Venza
        Special Agent -- DEA

**Finding of Probable Cause**

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of __2__ page(s), I find probable cause to believe that the defendant(s) named therein committed the offence on the date __6/2/2018__ in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(A)(viii),

Finding Made on: Date __6/2/18__     Time __2315 hrs__

Signed: _____
        James F. Metcalf
        United States Magistrate Judge